IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART SEARCH CONCEPTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-1034-GMS |
| | ) |
| BUY.COM INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| SMART SEARCH CONCEPTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-1038-GMS |
| | ) |
| MACY'S, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I certify that on August 22, 2014, true and correct copies of Plaintiff Smart Search Concepts, LLC's Preliminary Infringement Contentions were served upon the following counsel by electronic mail:

Francis DiGiovanni
DRINKER BIDDLE & REATH LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801-1621

Kent E. Baldauf, Jr.
Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200

*Attorneys for Macy's Inc., Macys.com.,
Inc., and Bloomingdale's By Mail, Ltd.
D/B/A Bloomingdales.com*

Jody C. Barillare
MORGAN LEWIS & BOCKIUS LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801

Jason C. White
Scott D. Sherwin (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601

*Attorneys for Buy.com Inc.*

Dated:  August 22, 2014          STAMOULIS & WEINBLATT LLC

         */s/ Richard C. Weinblatt*
         Stamatios Stamoulis #4606
            stamoulis@swdelaw.com
         Richard C. Weinblatt #5080
            weinblatt@swdelaw.com
         Two Fox Point Centre
         6 Denny Road, Suite 307
         Wilmington, DE 19809
         Telephone:  (302) 999-1540

         *Attorneys for Plaintiff*
         *Smart Search Concepts, LLC*